IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MARINDA LAWRENCE, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | CIVIL ACTION 1:19-00099-KD-B |
| OAKWOOD NBI CENTER FOR LIVING, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated October 3, 2019 is **ADOPTED in part** as follows: the reasoning with regard to the insufficiency of Plaintiff's allegations is **ADOPTED**. However, Defendant's motion to dismiss is **DENIED** at this time. The Plaintiff is **GRANTED LEAVE** of Court to file an amended complaint.

It is **ORDERED** that Plaintiff shall file, on before **November 12, 2019,** an amended complaint that cures the deficiencies specified in the Report & Recommendation and complies with same.

*Plaintiff is advised that failure to file a conforming amended complaint by November 12, 2019 will result in dismissal of her case*.

**DONE** and **ORDERED** this the **29th** day of **October 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**